UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
AASIM MCPHEE,
                Plaintiff,

v.

SGT. N. LAINO, Correctional Officer,
                Defendant.
--------------------------------------------------------------x

**ORDER**

22 CV 10095 (VB)

    On April 4, 2023, defendant moved to dismiss the complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). (Doc. #12). The motion states plaintiff's deadline to file an opposition is April 18, 2023. (Id.).

    Accordingly, it is hereby ORDERED:

    1.    Plaintiff is directed to disregard the opposition deadline of April 18, 2023, provided in defendant's motion. (Doc. #12).

    2.    By **May 4, 2023**, plaintiff shall file an opposition to defendant's motion to dismiss. The Motions Guide for Pro Se Litigants, a copy of which was mailed to plaintiff on January 4, 2023 (Doc. #8), describes the procedure for a motion to dismiss. Plaintiff is expected to review the Motions Guide and follow the instructions therein.

    3.    By **May 18, 2023**, defendant shall file a reply, if any.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 5, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge