Copies Mailed/Faxed 2/2/24
Chambers of Vincent L. Briccetti  JH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AASIM MCPHEE,
                Plaintiff,

v.

SGT. N. LAINO; STATE OF NEW YORK;      **ORDER**
ILESHEMA THOMAS; CURTIS EGLOFF;
BRIAN COLLINS; LATANYA TAYLOR;         22 CV 10095 (VB)
JACQUELINE WEBBER; BRENDAN
HABERIN; and MELISSA CUOMO,
                Defendants.
-------------------------------------------------------------x

        On July 5, 2023, plaintiff, proceeding pro se and in forma pauperis, filed a second amended complaint adding newly identified defendants, Corrections Officers Ileshema Thomas, Curtis Egloff, Brian Collins, Latanya Taylor, Jacqueline Webber, Brendan Haberin, and Melissa Cuomo. (Doc. #18).

        By Amended Order of Service dated July 6, 2023 (Doc. #21), Second Amended Order of Service dated October 24, 2023 (Doc. #42), and Order dated January 8, 2024 (Doc. #46), the Court summarized the relevant procedural history of this case and stayed the time for all defendants to answer, move, or otherwise respond to the second amended complaint, pending further Court Order.

        On February 1, 2024, Michael James Keane, Esq., entered notices of appearance on behalf of defendants Brendan Haberin and Latanya Taylor. (Docs. ##48, 49). Thus, all defendants have now been served or otherwise appeared in the case.

        Accordingly, it is HEREBY ORDERED that by **March 4, 2024**, all defendants shall answer, move, or otherwise respond to the second amended complaint.

        Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: February 2, 2024
       White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge