USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
AASIM MCPHEE,
                Plaintiff,

v.

SGT. N. LAINO, et al.,
                Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 10095 (VB)

In the attached undated letter, plaintiff, proceeding pro se and in forma pauperis, asks the Court to assist him in contacting the New York Legal Assistance Group's ("NYLAG") Legal Clinic for Pro Se Litigants in the Southern District of New York. Plaintiff's request is DENIED.

The clinic is run by an independent, private organization; it is not part of, or run by, the Court. The Court may not assist plaintiff in pursuing the clinic's services.

Nevertheless, the Court will mail to plaintiff additional copies of the clinic flyer, which includes contact information, and a blank retainer form.

Further, plaintiff mailed his letter directly to Chambers. Plaintiff is reminded he should direct all future correspondence with the Court to the Pro Se Intake Unit at the following address:

    United States District Court
    Pro Se Intake Unit
    300 Quarropas Street
    White Plains, New York 10601

Chambers will mail a copy of this Order, along with the clinic materials mentioned above, to plaintiff at the address on the docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Dated: May 30, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

Aasim Mcphee 17A3570
Otisville Correctional Facility
57 Sanitoruim Road.
otisville, NY 10963-0008

U.S. COURTHOUSE
300 Qurropas street
White Plains, New York 10601-4150



ATT: Lew Clerk For Judge VINCENT L. BRICCETTI
RE: 22CV10095(VB)
NYLAG ASSISTANCE GRUP(NYLAG)


First I would like to thank you for supplying me with the New York legal assistance group application from as A pro se litigant I do feel need of legal assistance as I am trying to move this case forward nonetheless I am writing because of my failed attempts of receiving legal assistance they have not respond to my latter date 4/29/24 yet and calls to their office through my wife have not been successful. I am currently trying to oppose defendant's request to gain acces to my medicel records as im trying to get some legal assistance from NYLAG therefor I am reminded of our phone conversation you telling me take legal legal assistance from NYLAG at this time I have not been successful yet I am requesting if it's not to much to ask for your assistance on helping me get in direct contact with the attorney from this legal service.

Sincerely
Aasim McPhee

CC: ENC
File