USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
AASIM MCPHEE,
                     Plaintiff,

v.

SGT. N. LAINO; BRIAN COLLINS; C.O.
MELISSA CUOMO; C.O. CURTIS EGLOFF;
C.O. BRENDAN HABERIN; C.O. LATANYA
TAYLOR; ILESHEMA THOMAS; and
JACQUELINE WEBBER;
                     Defendants.
--------------------------------------------------------------x

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

CLM 9/13/2024

**ORDER**

22 CV 10095 (VB)

By Orders dated April 10, 2024 (Doc. #62), and August 15, 2024 (Docs. ##72, 73), the Court directed defense counsel to file, by September 9, 2024, a joint status letter regarding settlement discussions. To date, counsel has not done so.

Accordingly, the Court <u>sua sponte</u> extends the deadline for defense counsel to file a joint status report on behalf of all parties to **September 20, 2024**.

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: September 13, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge