UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

AASIM MCPHEE

                           Plaintiff,                              **ORDER**

       -against-                                          22 Civ. 10095 (VB) (AEK)

SGT. N. LAINO, *et al.*,

                           Defendants.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter has been referred to the undersigned for general pretrial supervision, including the resolution of certain discovery disputes and a potential settlement conference. *See* ECF Nos. 77-78.. It is this Court's standard practice to require the parties to submit short letters explaining their discovery disputes before scheduling a hearing to resolve those disputes. Accordingly, **by March 7, 2025**, Plaintiff must submit a letter of no more than five pages identifying any outstanding discovery disputes and explaining his position as to those disputes. In particular, this Court expects the letter to address Plaintiff's requests for defendants' disciplinary histories and any grievances filed against Defendants, unless those matters have been resolved already. **By March 21, 2025**, Defendants' counsel must file a response to Plaintiff's letter, which also must be limited to five pages. Once this Court has received the parties' letters, this Court will schedule a hearing to address the matters identified in the submissions.

      The Clerk of Court is respectfully directed to mail a copy of this letter to the *pro se* Plaintiff.

Dated: February 14, 2025
       White Plains, New York

                                                            **SO ORDERED.**

                                                            _____
                                                            ANDREW E. KRAUSE
                                                            United States Magistrate Judge