UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
AASIM MCPHEE,
                Plaintiff,

v.

SGT. N. LAINO; BRIAN COLLINS; C.O.
MELISSA CUOMO; C.O. CURTIS EGLOFF;
C.O. BRENDA HABERIN; C.O. LATANYA
TAYLOR; ILESHEMA THOMAS; and
JACQUELINE WEBBER;
                Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 10095 (VB)

      On May 20, 2025, plaintiff and defense counsel appeared at a telephone conference before Magistrate Judge Krause to discuss discovery issues and the possibility of settlement. Due to a scheduling issue at the facility, the conference was adjourned and another conference scheduled before Magistrate Judge Krause on June 5, 2025.

      Accordingly, the telephone conference scheduled before this Court on June 5, 2025, is adjourned to <u>July 24, 2025, at 9:30 a.m.</u> It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to ensure plaintiff is available by phone. Plaintiff and defense counsel shall use the following information to connect by phone:

      <u>Dial-In Number</u>:    (914) 292-4033
      <u>Conference ID</u>:    722 265 742#

      Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: May 21, 2025
      White Plains, NY

                                    SO ORDERED:

                                    Vincent L. Briccetti, U.S.D.J.