UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
AASIM MCPHEE,
                Plaintiff,

v.

SGT. N. LAINO; BRIAN COLLINS; C.O.
MELISSA CUOMO; C.O. CURTIS EGLOFF;
C.O. BRENDA HABERIN; C.O. LATANYA
TAYLOR; ILESHEMA THOMAS; and
JACQUELINE WEBBER;
                Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 10095 (VB)

       On July 17, 2025, plaintiff and defense counsel were scheduled to appear at a telephone conference before Magistrate Judge Krause to discuss discovery issues and the possibility of settlement. Due to a scheduling issue, the conference was adjourned and another conference scheduled before Magistrate Judge Krause on July 21, 2025.

       Accordingly, the telephone conference scheduled before this Court on July 24, 2025, is adjourned to <u>October 1, 2025, at 9:30 a.m.</u> It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to ensure plaintiff is available by phone. Plaintiff and defense counsel shall use the following information to connect by phone:

<u>Dial-In Number</u>:    (914) 292-4033
<u>Conference ID</u>:    722 265 742#

       Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: July 21, 2025
       White Plains, NY

SO ORDERED:

_[signature]_
Vincent L. Briccetti
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/25

Copies Mailed/Faxed 7/21/25 DH
Chambers of Vincent L. Briccetti