UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AASIM MCPHEE

                           Plaintiff,                      **ORDER**

        -against-                      22 Civ. 10095 (VB) (AEK)

SGT. N. LAINO, *et al.*,

                         Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    This order memorializes the issues addressed and the rulings made during the July 21, 2025, status conference before Judge Krause.

    1.    With respect to the DOCCS Office of Special Investigations ("OSI") investigative file regarding the October 3, 2022 incident, Plaintiff stated that he seeks production of the file in its entirety.  The Court ordered that **by no later than July 31, 2025**, Defendants' counsel must produce the entire OSI file to the Court for *in camera* review, along with a cover letter in which counsel states which portions of the file, if any, DOCCS objects to producing to Plaintiff, and the basis for any such objections.  A copy of the cover letter must be sent to Plaintiff—redacted, if necessary, to protect any confidential information.

    2.    The Court authorized Defendants to file a supplemental declaration regarding Green Haven Correctional Facility's document retention practices, and ordered that the supplemental declaration be served and filed **by no later than August 20, 2025**.

    The matter was adjourned to **September 19, 2025, at 11:00 a.m.** for a telephonic status conference.  To access the teleconference, please follow these directions: (1) dial the meeting number: 1-855-244-8681; (2) enter the access code: 2312 503 5451; and (3) press pound,

followed by pound again (##) to enter the teleconference as a guest. Should any party experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

**Counsel for Defendants must make arrangements with the correctional facility to have the *pro se* Plaintiff available via telephone.**

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

Dated: July 21, 2025
  White Plains, New York

                                                    **SO ORDERED.**

                                                    _____
                                                    ANDREW E. KRAUSE
                                                    United States Magistrate Judge