UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

AASIM MCPHEE,

                Plaintiff,                      **DECISION AND ORDER**

      -against-                              22 Civ. 10095 (VB) (AEK)

SGT. N. LAINO, *et al.*,

                Defendants.
--------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In accordance with this Court's August 11, 2025 Decision and Order (ECF No. 109), Defendants submitted proposed redactions to certain portions of Item Nos. 4, 6, 7, and 13 from the OSI file regarding the October 3, 2022 incident. The Court understands this to mean that Defendants do not have any proposed redactions to any of the other Items from the OSI file. Defendants submitted a letter, dated August 15, 2025, to explain the basis for the redactions, ECF No. 110, and submitted a follow-up e-mail to the Court to clarify that Defendants are no longer seeking to redact portions of the OSI file that refer to "minor injuries," *see id.*, that corrections officers reported having sustained during the course of the October 3, 2022 incident.

      As to the proposed redactions, the Court rules as follows:

      (1)    Item No. 4: In their August 18, 2025 submission to the Court, Defendants proposed redactions of certain information on pages labeled Bates Nos. McPhee OSI 00011 through McPhee OSI 00015. All of these proposed redactions referred to "minor injuries," *see* ECF No. 110 at 1, that corrections officers reported having sustained during the course of the October 3, 2022 incident. Because Defendants are no longer seeking to redact this information, Item No. 4 from the OSI file must be produced in its entirety.

(2)     Item No. 6:  In their August 18, 2025 submission to the Court, Defendants proposed redactions of certain information on pages labeled Bates Nos. McPhee OSI 00032 through McPhee OSI 00035, as well as on pages labeled Bates Nos. McPhee OSI 00037, 00041, 00043, 00044, 00052, 00062, 00067, 00072, 00080, 00081, and 00082.  Because Defendants are no longer seeking to redact this information, Item No. 6 from the OSI file must be produced in its entirety.

(3)     Item No. 7:  Defendants propose to redact Plaintiff's own date of birth from various pages of his medical records.  Rule 5.2 of the Federal Rules of Civil Procedure requires the redaction of the year of an individual's birth from any document that is filed with the Court, but this rule does not necessarily require redaction of birthdate information in documents produced during discovery when the birthdate in question is the birthdate of the party receiving the discovery materials.  Nevertheless, the Court will permit Defendants to redact Plaintiff's birthdate from his medical records.  If any of these documents ever need to be filed with the Court, the birthdate information will already be redacted, which will be more efficient for all parties.  The Court provides this explanation so that Plaintiff can rest assured that the only information being withheld from the documents in Item No. 7 is his own birthdate.

(4)     Item No. 13:  Defendants propose to redact Plaintiff's own date of birth and Social Security number from two pages of the "Case Master Report."  Rule 5.2 of the Federal Rules of Civil Procedure requires the redaction of the year of an individual's birth and the last four digits of an individual's Social Security number from any document that is filed with the Court, but this rule does not necessarily require redaction of this information in documents produced during discovery when the birthdate and Social Security number in question are those of the party receiving the discovery materials.  Nevertheless, the Court will permit Defendants to

redact this information from Item No. 13. If any of these documents ever need to be filed with the Court, the information will already be redacted, which will be more efficient for all parties. The Court again provides this explanation so that Plaintiff can rest assured that the only pieces of information being withheld from the documents in Item No. 13 are his own birthdate and Social Security number.

\* \* \* \* \* \* \* \* \*

Defendants are required to produce the complete OSI file regarding the October 3, 2022 incident to Plaintiff by **August 25, 2025**. The only redactions that should be present in any of these materials are the redactions of birthdate and Social Security number information in Item Nos. 7 and 13, as discussed above. This production is, however, subject to the access limitations for audio and video recordings addressed in paragraphs 5, 8, 9, and 10 of ECF No. 109.

The Clerk of Court is directed to mail a copy of this Decision and Order to the *pro se* Plaintiff.

Dated: August 19, 2025
       White Plains, New York

                                         **SO ORDERED.**

                                         _____
                                         ANDREW E. KRAUSE
                                         United States Magistrate Judge