UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AASIM MCPHEE

                        Plaintiff,                  **ORDER**

     -against-                                    22 Civ. 10095 (VB) (AEK)

SGT. N. LAINO, *et al.*,

                      Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       This order memorializes the issues addressed and the rulings made during the September 19, 2025, status conference before Judge Krause.

       1.     The Court ordered that **by no later than October 3, 2025**, Defendants' counsel must file a letter informing the Court (i) whether the OSI file has 240 pages in it, or whether the 221 pages that have been produced to both the Court and Plaintiff constitute the entirety of the file; (ii) what authority OSI has to obtain an incarcerated individual's medical records as part of an investigation; and (iii) whether Defendants' counsel ever received authorizations to obtain Plaintiff's medical records as part of document discovery in this action.  The Court also ordered that **by no later than October 3, 2025**, Defendants' counsel must re-produce to Plaintiff the audio recording of Plaintiff's OSI interview, which was part of the OSI file that the Court previously ordered to be produced.

       2.     The Court **denied without prejudice** Plaintiff's motion to strike the Declaration of Captain Shawn Murphy filed at ECF No. 99-1, since it relates to the issue of spoliation, which is an evidentiary issue to be resolved at the time of trial.

3. Applying the factors set forth by the Second Circuit in *Hodge v. Police Officers*, 802 F.2d 58 (2d Cir. 1986), the Court **denied without prejudice** Plaintiff's motion for the appointment of *pro bono* counsel.

4. The Court postponed any decision regarding Plaintiff's request to file a motion for leave to amend the complaint pending the outcome of the settlement conference. Plaintiff is hereby reminded that he must be prepared to discuss this issue further on the date of the settlement conference if the case is not resolved at that time.

*   *   *   *   *   *

The matter was adjourned to **Tuesday, October 28, 2025, at 1:30 p.m.** for a settlement conference.

On or before **Friday, October 24, 2025**, the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length. The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's settlement valuation of the case and the rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference. **To ensure that his letter reaches Judge Krause by October 24, 2025, Plaintiff is directed to mail the letter by no later than October 17, 2025.** Defendants must make at least one concrete settlement offer to Plaintiff that is **received by Plaintiff by no later than October 21, 2025**. **The pre-conference letters should not be filed on ECF.** Parties with access to e-mail may send submissions to KrauseNYSDChambers@nysd.uscourts.gov; parties without access to e-mail may submit their letters by U.S. mail directly to the Honorable Andrew E. Krause, United States District Court, Southern District of New York, 300 Quarropas Street, White Plains, New York, 10601.

It is the Court's standard practice to require parties—and not just counsel—to attend settlement conferences. As DOCCS employees, however, Defendants are not required to appear personally. Instead, defense counsel must arrange to have the appropriate representative from DOCCS either attend the conference or be available by telephone during the conference, and have the necessary supervisor-level attorneys from the New York State Attorney General's Office be available by telephone to approve any proposed settlement.

This conference will be conducted by video, using Microsoft Teams. The Court will send a video link to the parties prior to the conference. Should anyone experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

**Counsel for Defendants must make arrangements with the correctional facility to have the *pro se* Plaintiff available by video.**

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

Dated: September 19, 2025
      White Plains, New York

                                                  **SO ORDERED.**

                                                  _____
                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge