UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AASIM MCPHEE

                Plaintiff,                  **ORDER**

    -against-                         22 Civ. 10095 (VB) (AEK)

SGT. N. LAINO, *et al.*,

                Defendants.
------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court conducted a settlement conference on October 28, 2025, which was not successful in resolving this matter. At the conclusion of the settlement conference, the Court discussed the next steps in the case, including when the next conference would be held with Judge Briccetti. Upon review of the docket sheet after the conference, the Court discovered that a telephone conference with Judge Briccetti has already been scheduled for November 25, 2025 at 9:30 a.m. *See* ECF No. 120. The Scheduling Order for that conference is attached to this Order.

      The Clerk of the Court is directed to mail a copy of this Order to *pro se* Plaintiff.

Dated:  October 28, 2025
          White Plains, New York

                                              **SO ORDERED.**

                                              _____
                                              ANDREW E. KRAUSE
                                              United States Magistrate Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
Aasim McPhee, 17-A-3570
                Plaintiff,

v.

Sgt. N. Laino, et al

                Defendant.
-----------------------------------------------------x

**SCHEDULING ORDER**

22 CV 10095 (VB)

Copies Mailed/Faxed 9/22/25
Chambers of Vincent L. Briccetti

       The conference scheduled for 10/1/2025 has been re-scheduled before the Honorable Vincent L. Briccetti, United States District Judge, for a **telephone conference on 11/25/25 at 9:30 a.m.** Plaintiff and defense counsel shall attend the telephone conference by calling the following number and entering the access code when requested:

     **Dial-In Number:**    1-914-292-4033

     **Access Code:**    722 265 742#

*Re:*   *Incarcerated Prisoners*

     *It is the responsibility of counsel for defendant(s) to make prior arrangements with the appropriate facility to have plaintiff available by telephone.*

Dated:  9-22-25

SO ORDERED:

/s/ Vincent L. Briccetti
Vincent L. Briccetti
United States District Judge
300 Quarropas Street
White Plains, NY 10601
(914)-390-4166

cc:  Aasim McPhee, Plaintiff

Otisville Correctional Facility