UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

AASIM MCPHEE,

              Plaintiff,

v.

SGT. N. LAINO; BRIAN COLLINS; C.O.
MELISSA CUOMO; C.O. CURTIS EGLOFF;
C.O. BRENDA HABERIN; C.O. LATANYA
TAYLOR; ILESHEMA THOMAS; and
JACQUELINE WEBBER;

              Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___12-26___

**ORDER**

22 CV 10095 (VB)

Copies Mailed/Faxed 1-12-26
Chambers of Vincent L. Briccetti

By letter dated January 9, 2026, counsel for defendants informed the Court that the parties have consented to proceed before a United States magistrate judge for all purposes in this litigation. (Doc. #130).

Accordingly, by **January 26, 2026**, the parties shall file a fully executed "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge." (Form AO 85). Form AO 85 can be found on the Court's website at this address: https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: January 12, 2026
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge