Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

AASIM MCPHEE,
                 Plaintiff,

v.

SGT. N. LAINO; BRIAN COLLINS; C.O.
MELISSA CUOMO; C.O. CURTIS EGLOFF;
C.O. BRENDA HABERIN; C.O. LATANYA
TAYLOR; ILESHEMA THOMAS; and
JACQUELINE WEBBER;
                 Defendants.

------------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 2/10/26

**ORDER**

22 CV 10095 (VB)

     For the reasons detailed in defense counsel's letter dated February 9, 2026, (Doc. #135), it is hereby ordered that the deadline for defense counsel to file a fully executed "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" is extended to **February 16, 2026**.

     Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: February 10, 2026
      White Plains, NY

                SO ORDERED:

                Vincent L. Briccetti
                United States District Judge