

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

March 6, 2026

**BY ECF**
The Hon. Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

          Re:     *McPhee v. Sgt. N. Laino*, 22-CV-10095 (VB)(AEK)

Dear Judge Krause:

       This Office represents Department of Corrections and Community Supervision ("DOCCS") Defendants Nicholas Laino, Ileshema Thomas, Curtis Egloff, Brian Collins, Latanya Taylor, Jacqueline Webber, Brendan Haberin, and Melissa Cuomo (collectively, "Defendants") in the above-referenced action, arising out of a use-of-force incident at Green Haven Correctional Facility ("Green Haven") on October 3, 2022. I write to respectfully request a one-week extension for Defendants to file their summary judgment motion, from March 9, 2026, to <u>March 16, 2026</u>.

       The basis for this request is that we are awaiting affidavits from each of the eight Defendants in support of their motion and additional time is required to finalize our submission. Pursuant to the Court's Order, dated February 20, 2026 (Dkt. No. 140), Defendants motion for summary judgment is due March 9, 2026; Plaintiff's opposition is due April 22; and Defendants' reply is due May 6. Accordingly, we respectfully request a brief extension of time to March 16, 2026, to file Defendants' motion; Plaintiff's time to oppose the motion would then be extended to April 29, 2026, and Defendants' time to reply would be extended to May 13, 2026.

       This is the second request for an extension of time, with the first request granted on February 20, 2026 (Docket No. 140). We have not sought Plaintiff's consent because he is released from DOCCS and is residing at a location that is not easily reachable, and we have no telephone contact or e-mail information for him. Thank you for the Court's attention.

APPLICATION GRANTED. Defendants are to serve and file their motion by March 16, 2026; Plaintiff is to serve and file his opposition by April 29, 2026; and Defendants are to serve and file their reply by May 13, 2026.
The Clerk of Court is respectfully directed to mark the motion at ECF No. 141 as GRANTED and terminate the gavel. The Clerk of Court is further respectfully directed to mail a copy of this order to the *pro se* Plaintiff.
Dated: March 6, 2026

SO ORDERED.



ANDREW E. KRAUSE
United States Magistrate Judge

Respectfully submitted,
/s/ *Michael J. Keane*
Michael J. Keane
Assistant Attorney General
State of New York
(212) 416-8550
michael.keane@ag.ny.gov

cc: Aasim McPhee
113-10 Horace Harding Expressway
Suite 611
Corona, New York 11368