UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AASIM MCPHEE,

                  Plaintiff,             **ORDER**

       -against-               22 Civ. 10095 (AEK)

SGT. N. LAINO, *et al.,*

                  Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

In accordance with the briefing schedule set by the Court, Defendants filed their motion for summary judgment on March 16, 2026.  *See* ECF Nos. 143-47.  Defendants failed to comply, however, with the requirements of Local Civil Rule 56.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, which provides:  "Any represented party moving for summary judgment against a party proceeding *pro se* shall serve and file as a separate document, together with the papers in support of the motion, the following 'Notice To *Pro Se* Litigant Who Opposes a Motion For Summary Judgment' *with the full texts of Fed. R. Civ. P. 56 and Local Civil Rule 56.1 attached.*"  Local Civ. R. 56.2 (emphasis added).  The text of the required "Notice To *Pro Se* Litigant Who Opposes a Motion For Summary Judgment" is set forth in Local Civil Rule 56.2.

Although Defendants served and filed a document labeled "Notice To *Pro Se* Pursuant to Local Rule 56.2" (ECF No. 144), Defendants' notice did not use the language set forth in the current version of Local Civil Rule 56.2 (effective January 2, 2026), nor did Defendants' notice include the full text of Local Civil Rule 56.1 in addition to the full text of Rule 56 of the Federal

Rules of Civil Procedure.  Finally, Defendants have not filed on the docket proof of service of any of their motion papers.

Accordingly, Defendants are hereby ordered to serve and file a version of the "Notice to *Pro Se* Litigant Who Opposes a Summary Judgment" that complies with Local Civil Rule 56.2 **by no later than March 24, 2026**, **and to file proof of service of both the motion papers and the Local Civil Rule 56.2 Notice on the docket**.

Defendants are reminded to provide a courtesy copy of their complete set of motion papers to chambers in accordance with Section 3.D. of this Court's Individual Practices.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: March 17, 2026
        White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

2